FILED

2006 JAN -6  P 1: 52

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR F 04-5116 AWI |
| Plaintiff, ) | ORDER RE FRESNO COUNTY |
| ) | JAIL LAW LIBRARY ACCESS |
| v. ) | |
| SHAUN KANE, ) | |
| Defendant. ) | |

On January 6, 2006, the court granted Defendant's motion to proceed Pro Se / Pro Per in this case. Defendant is currently incarcerated in the Fresno County Jail. The court has been informed that inmate access to the law library requires a court order.

THEREFORE, IT IS ORDERED that the Fresno County Jail provide law library access to defendant, Shaun Kane, proceeding in pro se / pro per, in accordance with established Fresno County Jail policies and procedures.

IT IS SO ORDERED.

DATED: 1-6-06

ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE