1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR F 04-5116 AWI |
|---|---|---|
| Plaintiff, | ) | ORDER APPOINTING INVESTIGATOR |
| v. | ) | |
| SHAUN KANE, | ) | |
| Defendant. | ) | |

Defendant Shaun Kane is representing himself pro se in the above entitled action. The court finds that Defendant Kane is entitled to the services of an investigator. The court has appointed Sanford Glickman, of Glickman Investigations, to represent Defendant Kane. The investigator will meet with Defendant Kane as necessary to conduct an appropriate investigation.

IT IS SO ORDERED.

**Dated:   February 24, 2006**           /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE