**FILED**

JUN 0 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>SHAUN KANE,<br><br>          Defendant. | CR F 04-5116 AWI<br><br>ORDER DIRECTING CLERK<br>OF THE COURT TO ISSUE<br>SUBPOENA |

Defendant Shaun Kane ("Defendant") has moved for an order to permit outdoor recreation or exercise. Defendant has raised the issue of access to outdoor exercise in the context of his ability to prepare for, or participate in the preparation of, his case. The court has determined an evidentiary hearing is needed to determine the extent of recreational opportunity available to Defendant and to determine if restriction on Defendant's access to outside recreation or exercise is likely to impair Defendants Sixth Amendment trial rights or his Fifth Amendment due process rights. See Drope v. Missouri, 420 U.S. 162, 171 (1975) ("It has long been accepted that a person whose mental condition is such that he lacks the capacity to understand the nature and object of the proceedings against him, to consult with counsel, and to assist in preparing his defense may not be subjected to a trial."). In this regard, the parties should note that the issue before the court is confined to the extent to which Defendant's trial rights may be impaired. The issue of whether Defendant's conditions of confinement violate his Eighth Amendment right

against cruel and unusual punishment is not before the court in this proceeding.

THEREFORE, it is hereby ORDERED that the clerk of the court shall cause to be issued a subpoena to be served on the Fresno County Chief Deputy County Counsel or his/her designated representative to appear on the date and time indicated to produce such testimony, witness, documents and other evidentiary materials as will, in his/her opinion, be material to the court's decision in this matter. The clerk of the court shall append a copy of Defendant's motion for outdoor recreation, United States' opposition, and Defendant's reply, as well as a copy of this order, to the subpoena that is served.

IT IS SO ORDERED.

DATED: June 7, 2006

                                            ANTHONY W. ISHII
                                            UNITED STATES DISTRICT JUDGE