IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:CR-F-04-5116 AWI |
| *Plaintiff*, | ) | |
| | ) | ORDER FOR PSYCHIATRIC EXAMINATION |
| v. | ) | TO DETERMINE DEFENDANT'S MENTAL |
| | ) | COMPETENCY TO STAND TRIAL |
| SHAUN KANE, | ) | |
| | ) | |
| *Defendant.* | ) | |

The case came before this court for hearing on August 14 and 21, 2006. After hearing and Pursuant to the provisions of 18 U.S.C. § 4241, **IT IS HEREBY ORDERED** that the defendant, SHAUN KANE, be transported to a Federal Medical Facility, for the period of time permitted pursuant to 18 U.S.C. § 4241 (d)(1) and (2) in order to allow the staff of that facility to perform a diagnostic examination of the defendant. It is specifically requested that a report be prepared to enable the court to determine the mental competency of the defendant, his ability to continue to represent himself, and the state of his mental health in relation to the pending trial of his case.

IT IS SO ORDERED.

**Dated:     August 28, 2006**               /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE