FILED

APR 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR F 04-5116 AWI |
|---|---|---|
| Plaintiff, | ) | ORDER RE EYE EXAMINATION |
| v. | ) | |
| SHAUN KANE, | ) | |
| Defendant. | ) | |

On March 5, 2007 Defendant filed a motion to order eye exam. In his motion, Defendant contends:

"The defendant has very poor vision and cannot see details beyond 10 feet or so. Considering that the defendant is representing himself and must choose a jury that will be seated over 30 feet away and considering that he will have to scrutinize witnesses on a stand that is only slightly closer, the defendant contends that being forced to conduct the trial without his glasses would place him at a severe disadvantage."

The court recognizes the limited resources available to the Fresno County Jail. However, the court has no way of independently assessing Defendant's claim. His motion on its face appears to have merit.

/ / /

/ / /

1   THEREFORE, IT IS ORDERED that the Fresno County Jail provide Defendant
2   Shaun Kane an eye examination by a duly licensed optometrist or ophthalmologist.
3   IT IS SO ORDERED.

DATED: 4-5-07

ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE

2