DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
SHAUN KANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> SHAUN KANE, <br><br> *Defendant*. | NO. 1:CR-F-04-5116 AWI <br><br> ORDER FOR PSYCHIATRIC EXAMINATION TO DETERMINE DEFENDANT'S MENTAL COMPETENCY TO STAND TRIAL <br><br> Hon. Anthony W. Ishii |

The case came before this court for hearing and trial confirmation on June 8, 2007, and on June 18, 2007. After hearing and pursuant to the provisions of 18 U.S.C. § 4241, **IT IS HEREBY ORDERED** that the defendant, SHAUN KANE, be transported forthwith to a Federal Medical Facility, in order to allow the staff of that facility to perform a diagnostic examination of the defendant.

It is specifically requested pursuant to 18 U.S.C. § 4241 (b) that a report be prepared to enable the court to determine the mental competency of the defendant, his ability to continue to represent himself, his ability to assist properly in the defense of his case, and the state of his mental health in relation to the pending trial of his case.

IT IS SO ORDERED.

**Dated:   June 22, 2007**                                   **/s/ Anthony W. Ishii**
                                                                              UNITED STATES DISTRICT JUDGE