

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR F 04-5116 AWI |
| ) | |
| Plaintiff, ) | ORDER RE FRESNO COUNTY |
| ) | JAIL LAW LIBRARY ACCESS |
| v. ) | |
| ) | |
| SHAUN KANE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On January 6, 2006, the court granted Defendant's motion to proceed Pro Se / Pro Per in this case. Defendant is currently incarcerated in the Fresno County Jail. On October 15, 2007 Defendant appeared in court and stated that he has not had access to the Fresno County Jail Law Library. Defendant further stated that law library access is necessary for the preparation of his case for trial. Jury trial is set in this case to begin on December 11, 2007.

THEREFORE, IT IS ORDERED that the Fresno County Jail provide law library access to defendant, Shaun Kane, at reasonable times and manner consistent with any necessary security precautions.

IT IS SO ORDERED.

DATED: _10-17-07_

ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE