IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:04-CR-5116 AWI |
| Plaintiff, | ) | |
| v. | ) | ORDER VACATING JUDGMENT DATED SEPTEMBER 22, 2004 |
| SHAUN KANE, | ) | |
| Defendant | ) | |

After a jury found Defendant Shaun Kane guilty of 18 U.S.C. § 113(a) and 18 U.S.C. § 113(a)(3), on September 22, 2004, the court entered judgment.  The judgment committed Defendant Shaun Kane to the Bureau of Prisons to be imprisoned for 240 months.

On November 17, 2005, the Ninth Circuit Court of Appeals reversed the judgment as to 18 U.S.C. § 113(a) and reversed and remanded this action as to 18 U.S.C. § 113(a)(3).

Defendant was then re-tried as to 18 U.S.C. § 113(a)(3).  On December 6, 2007, the jury found Defendant not guilty of violating 18 U.S.C. § 113(a)(3).

Accordingly, in light of the Ninth Circuit Court of Appeals' order and the jury's not guilty finding, the court's judgment dated September 22, 2004 is VACATED.


IT IS SO ORDERED.

Dated:    February 10, 2009                       /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE